

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CAROL J. DELGADO and, )<br>BRENT D. HOUCK )<br>)<br>Defendants. ) | No. 18 CR 122<br>Judge Andrea R. Wood |

### DEFENDANT'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE AND REQUEST FOR PERMISSION TO EXCEED PAGE COUNT LIMITATION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated September 3, 2021 and the Declaration of Carol J. Delgado in Support of the Motion to Dismiss and Request for Judicial Notice and the exhibits thereto, defendant Carol J. Delgado moves this Court, before Judge Andrea R. Wood, United States District Judge, to dismiss the indictment, and for such further relief as the Court deems proper.

Ms. Delgado respectively requests permission from the Court to exceed the page limitation on the supporting Memorandum of Law, which is twenty-four pages in length and is attached to this motion as an Exhibit.

Dated: September 3, 2021

Respectfully submitted,

*Carol J Delgado*
_____
**CAROL J. DELGADO**

Carol J. Delgado
Pro Se
209 N. Ft. Lauderdale Beach Blvd #2A
Fort Lauderdale, FL 33304
(815) 228-5254
Cjdelgado3@gmail.com

# CERTIFICATE OF SERVICE

  Carol J. Delgado, acting pro se, hereby certifies that the foregoing was served on September 3, 2021 in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

*Carol J Delgado*
_____
Carol J. Delgado
209 N. Ft. Lauderdale Beach Blvd. #2A
Ft. Lauderdale, Fl 33304
(815) 228-5254
cjdelgado3@gmail.com