November 16, 2021

**BY ECF**

The Honorable Andrea R. Wood
United States District Judge
Northern District of Illinois
Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

  Re: *United States v. Carol Delgado, et al.,* **18-CR-122**

Dear Judge Wood:

  Defendant Carol Delgado, acting pro se, respectfully requests an extension of time to file a reply in further support of the motions to suppress and to dismiss the indictment to Tuesday, November 30, 2021, a twelve-day extension.

  The brief extension is necessary to allow the Defendant to fully reply to the Government's responses that raise various issues and contains new information regarding the Government actors involved in the executions of the searches and the taint review process and timeline that must be addressed. The Government consents to this request. No previous request for an extension of this deadline has been made.

  Thank you for your consideration.

               Respectfully submitted,

               *Carol J Delgado*

               Carol J. Delgado, Pro Se

Carol J. Delgado
Pro Se
209 N. Ft. Lauderdale Beach Blvd #2A
Fort Lauderdale, FL 33304
(815) 228-5254
Cdelgado3@gmail.com